[No. 34222-1-III.  Division Three.  July 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. DEREK R. WILLIAMS, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 15-1-04193-3, James M. Triplet, J., entered March 11, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 34232-8-III.  Division Three.  July 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. GERRIT JON KOBES, *Appellant*.

Appeal from a judgment of the Superior Court for Stevens County, No. 15-1-00229-0, Patrick A. Monasmith, J., entered March 1, 2016. *Affirmed* by unpublished opinion per Korsmo, J., concurred in by Fearing, C.J., and Lawrence-Berrey, J.

[No. 34315-4-III.  Division Three.  July 13, 2017.]

*In the Matter of the Estate of* WILLARD F. JOHNSON.

Appeal from a judgment of the Superior Court for Stevens County, No. 15-4-00071-9, Allen Nielson, J., entered March 28, 2016. *Affirmed* by unpublished opinion per Lawrence-Berrey, A.C.J., concurred in by Siddoway and Pennell, JJ.

[No. 34974-8-III.  Division Three.  July 13, 2017.]

THE STATE OF WASHINGTON, *Respondent*, v. THOMAS JEFFERSON KEYS III, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 14-1-01979-3, Robert A. Lewis, J., entered October 12, 2015. *Affirmed in part* and *remanded* by unpublished opinion per Korsmo, J., concurred in by Lawrence-Berrey, A.C.J., and Siddoway, J.